UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

IMHOTEP SALAT,

    Plaintiff,

v.

TOM WILSON, et al.,

    Defendants.

Case No. 2:16-cv-03018-APG-PAL

**ORDER ON REPORT AND RECOMMENDATION**

(ECF. No. 3)

On September 26, 2017, Magistrate Judge Leen entered a report and recommendation that I deny plaintiff Imhotep Salat's request to proceed in forma pauperis and that I dismiss his complaint. ECF No. 3. Salat did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)). I nevertheless conducted a de novo review. 28 U.S.C. § 636(b)(1). Judge Leen sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Judge Leen's report and recommendation **(ECF No. 3) is accepted**. Plaintiff Imhotep Salat's application for leave to proceed in forma pauperis **(ECF No.1) is DENIED**.

IT IS FURTHER ORDERED that the complaint is DISMISSED without prejudice to Salat pursuing his claims in state court. The clerk of court is instructed to close this case.

DATED this 21st day of November, 2017.

                                                  ANDREW P. GORDON
                                                UNITED STATES DISTRICT JUDGE